**LAW OFFICES OF PERRY C. WANDER**
Perry Wander, Esq. (SBN: 102523)
9300 Wilshire Blvd., Suite 508
Beverly Hills, CA 90212
Telephone:   310-274-9985
Facsimile:   310-274-9987

JS-6

**KALCHEIM LAW GROUP, P.C.**
Mitch Kalcheim (SBN: 175846)
9300 Wilshire Blvd., Suite 508
Beverly Hills, CA 90212
Telephone:   310-461-1210
Facsimile:   310-461-1212

Attorneys for Plaintiff Robert H. Rede

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT H. REDE

    Plaintiff,

  v.

CALIFORNIA PIZZA KITCHEN,

    Defendant.

**Case No.**  2:10-cv-01268 VBF (JEM)

[PROPOSED] ORDER DISMISSING CLAIMS

///

///

///

[PROPOSED] ORDER        1

1    Pursuant to the parties' stipulation and upon good cause shown, IT IS HEREBY
2  ORDERED that Robert H. Rede's claims are dismissed with prejudice; the parties will
3  bear their own costs and attorneys' fees; and the Court shall retain jurisdiction to
4  enforce the terms of the parties' settlement.
5  IT IS SO ORDERED.

8  Dated:  12-7-10

*signature: Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
United States District Judge